■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE C. COOK, Appellant. [25 NYS3d 908]—Appeal from a judgment of the County Court of Broome County (Cawley, J.),

---

rendered August 23, 2013, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a weapon in the third degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to the reduced charge of attempted criminal possession of a weapon in the third degree. Pursuant to the terms of the plea agreement, defendant paid restitution, and County Court thereafter imposed the promised sentence of time served with a three-year conditional discharge. Defendant now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. We disagree. Our review of the record reveals at least one issue of arguable merit regarding the validity of defendant's plea (*see generally People v Daniels*, 76 AD3d 1121, 1121 [2010]). Therefore, without expressing any opinion as to the ultimate merit of that issue, we grant counsel's application for leave to withdraw and assign new counsel to address this issue and any others that the record may disclose (*see People v Stokes*, 95 NY2d 633 [2001]; *People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]).

Egan Jr., J.P., Lynch, Devine and Clark, JJ., concur. Ordered that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.